

**NUMBER 13-15-00047-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**RICARDO FLORES,
RICARDO SANDOVAL,
AND RONALD G. HOLE,**                                              **Appellants,**

**v.**

**JESUCITA GARCIA, RAFAEL
GARCIA, AND YUVIA GARCIA,
INDIVIDUALLY AND AS NEXT
FRIEND OF RYLAN MARTINEZ,**                                        **Appellees.**

---

On appeal from the County Court at Law No. 7
of Hidalgo County, Texas.

---

# ORDER

**Before Justices Rodriguez, Garza and Longoria
Order Per Curiam**

Appellees' retained counsel, the Hon. Keith Livesay, has filed a motion to withdraw

as counsel. We grant said motion. Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellees, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

Appellees are directed to notify the Court promptly if they retain new counsel on appeal by filing a notice including that attorney's name, mailing address, telephone number, facsimile number, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6. In the interim, the Court expects this appeal to proceed as per the appellate rules. Appellees are expected to comply with all applicable deadlines and all filings should comply with the Texas Rules of Appellate Procedure.

It is so ORDERED.

PER CURIAM

Delivered and filed the
4th day of August, 2015.